1018

No. 284, Misc. CORPOLONGO *v.* LAGAY, SUPERINTEND-ENT, NEW JERSEY STATE PRISON FARM. Supreme Court of New Jersey. Certiorari denied. Petitioner *pro se.* *Grover C. Richman, Jr.,* Attorney General of New Jersey, and *Eugene T. Urbaniak,* Deputy Attorney General, for respondent.

No. 297, Misc. SLECHTA *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se.* *Latham Castle,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 343, Misc. RICHARDSON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James A. Cobb, George E. C. Hayes, David Rein* and *Joseph Forer* for petitioner. *Robert L. Stern,* then Acting Solicitor General, *Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 345, Misc. BROUSSARD *v.* CRANOR, SUPERINTEND-ENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 414, Misc. WILLIAMS *v.* UNITED STATES; and
No. 415, Misc. ATKINS ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John J. Dwyer* for petitioner in No. 414. *James J. Laughlin* and *Albert J. Ahern, Jr.* for petitioners in No. 415. *Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States. Reported below: —— U. S. App. D. C. ——, 210 F. 2d 712.